1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CROWELL
& MORING LLP
ATTORNEYS AT LAW

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| JANE SMITH, on her behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UNITEDHEALTHCARE INSURANCE COMPANY and UNITED BEHAVIORAL HEALTH,<br><br>Defendants. | Case No.  4:18-cv-6336-HSG<br><br>**ORDER GRANTING STIPULATED REQUEST TO EXTEND BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>**CLASS ACTION** |

Case No. 4:18-cv-06336-HSG
Order Granting Stipulation to Extend Motion to Dismiss Briefing Schedule

**ORDER**

The Court, having considered the Stipulated Request to Extend the Briefing Schedule for Defendants' Motion to Dismiss, and good cause having been shown, orders as follows:

1. Plaintiff's deadline to file an Opposition to Defendants' Motion to Dismiss currently set for December 24, 2018 is extended to January 10, 2019.

2. Defendants' deadline to file a Reply in support of their Motion to Dismiss currently set for December 31, 2018 is extended to January 24, 2019.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: December 11, 2018

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge