1  PSYCH-APPEAL, INC.
   Meiram Bendat (Cal. Bar No. 198884)
2  8560 West Sunset Boulevard, Suite 500
   West Hollywood, CA 90069
3  Tel: (310) 598-3690, x.101
   Fax: (310) 564-0040
4  meiram@psych-appeal.org

5  ZUCKERMAN SPAEDER LLP
   D. Brian Hufford (admitted *pro hac vice*)
6  Jason S. Cowart (admitted *pro hac vice*)
   Anant Kumar (admitted *pro hac vice*)
7  Nell Z. Peyser (admitted *pro hac vice*)
   485 Madison Ave., 10th Floor
8  New York, NY 10022
   Tel: (212) 704-9600
9  Fax: (917) 261-5864
   dbhufford@zuckerman.com
10 jcowart@zuckerman.com
   akumar@zuckerman.com
11 npeyser@zuckerman.com

12 ZUCKERMAN SPAEDER LLP
   Rachel F. Cotton (admitted *pro hac vice*)
13 1800 M Street, N.W., Suite 1000
   Washington, D.C. 20036
14 Tel: (202) 778-1800
   Fax: (202) 822-8106
15 rcotton@zuckerman.com

16 *Attorneys for Plaintiff and the Putative Class*

17
   *Additional Counsel located on the next page*
18

19
20 **UNITED STATES DISTRICT COURT**
   **NORTHERN DISTRICT OF CALIFORNIA**
21 **OAKLAND DIVISION**

| | |
|---|---|
| 22  JANE SMITH, on her own behalf and on behalf of all others similarly situated, | Case No. 4:18-cv-06336-HSG |
| 23                      Plaintiff, | **STIPULATION AND ORDER REGARDING FILING OF AMENDED CLASS ACTION COMPLAINT** |
| 24      v. | |
| 25  UNITED HEALTHCARE INSURANCE CO. and UNITED BEHAVIORAL HEALTH, | |
| 26 | |
| 27                      Defendants. | |

28

1
2  JENNIFER S. ROMANO (SBN 195953)
   NARAIN KUMAR (SBN 301533)
3  CROWELL & MORING LLP
   515 South Flower Street, 40th Floor
4  Los Angeles, CA  90071
   Telephone: (213) 622-4750
5  Facsimile: (213) 622-2690
   jromano@crowell.com
6  nkumar@crowell.com

7  MICHAEL W. LIEBERMAN (admitted *pro hac vice*)
   CROWELL & MORING LLP
8  1001 Pennsylvania Avenue, N.W.
   Washington, D.C. 20004-2595
9  Telephone: (202) 624-2500
   Facsimile: (202) 628-5116
10 mlieberman@crowell.com

11 JARED L. FACHER (admitted *pro hac vice*)
   CROWELL & MORING LLP
12 590 Madison Avenue, 20th Floor
   New York, NY  10022
13 Telephone: (212) 223-4000
   Facsimile: (212) 223-4134
14 jfacher@crowell.com

15
16
17
18
19
20
21
22
23
24
25
26
27
28

1  WHEREAS, the Class Action Complaint in this action (Dkt. No. 1, "Complaint") was
2  filed on October 16, 2018, by Plaintiff Jane Smith, proceeding pseudonymously, on her own
3  behalf and on behalf of all others similarly situated;
4  WHEREAS, Plaintiff Smith moved unopposed to proceed pseudonymously (Dkt. No. 23),
5  which motion the Court granted on July 18, 2019, subject to reconsideration if Plaintiff Smith
6  moves for class certification (Dkt. No. 50);
7  WHEREAS, the Defendants moved to dismiss the Complaint (Doc. 36), which motion
8  Plaintiff Smith opposed (Dkt. No. 41);
9  WHEREAS, on July 18, 2019, the Court granted in part and denied in part Defendants'
10 motion to dismiss the Complaint, and dismissed Plaintiff Smith's claims predicated on an alleged
11 violation Section 2706 of the Affordable Care Act ("Section 2706") without leave to amend (Dkt.
12 No. 50);
13 WHEREAS, counsel for Plaintiff Smith have been approached by another individual
14 ("Roe") who wishes to assert the same legal claims, on behalf of the same class, as already set
15 forth in the Complaint;
16 WHEREAS, the parties have conferred and determined the most efficient way to proceed
17 is to file an Amended Class Action Complaint pursuant to Federal Rule of Civil Procedure
18 15(a)(2) (permitting a party to amend its pleading with the opposing party's written consent) that
19 adds Roe as a named plaintiff, which Amended Class Action Complaint is attached as Exhibit 1;
20 WHEREAS, Defendants consent to the filing of the attached Amended Class Action
21 Complaint;
22 WHEREAS, Plaintiff Smith wishes to ensure preservation of appellate review for her
23 claims predicated on an alleged violation of Section 2706;
24 WHEREAS, Roe wishes to raise the same Section 2706 claims for purposes of
25 preservation of appellate review, while recognizing that the Court has already dismissed those
26 claims brought by Plaintiff Smith;
27 WHEREAS, Defendants wish to preserve for appellate review all arguments asserted in
28 their motion to dismiss as to Plaintiff Smith as though they were asserted against Roe;

1     WHEREAS, Plaintiff Smith has not yet identified to Defendants the identity of Roe, and
2  Defendants wish to preserve the right to seek dismissal of claims against Roe that were not
3  addressed in their motion to dismiss as to Plaintiff Smith;
4     WHEREAS, the parties wish to avoid the time and expense of unnecessary and
5  duplicative briefing before this Court and preserve the discovery schedule set out in the Court's
6  order of July 31, 2019 (Dkt. No. 53);
7     WHEREAS, Roe wishes to proceed pseudonymously because Roe contends: (i) this
8  action touches on matters of a highly sensitive and personal nature—Roe's treatment for a
9  chronic mental health condition; (ii) revelation of Roe's identity could harm her reputation and
10 subject her to societal stigma and discrimination; (iii) Roe is a vulnerable party, as someone who
11 suffers from, and is being treated for, a mental health condition; (iv) this lawsuit turns on a legal
12 dispute about Defendants' reimbursement methodology, which is unconnected to the nature of
13 Roe's condition, thus diminishing any countervailing public interest in the identification of Roe;
14 and (v) the public interest in preventing undue stigmatization or harm to individuals suffering
15 from mental illness, simply because those individuals seek to vindicate their rights in court,
16 supports allowing Roe to proceed under a pseudonym;
17    WHEREAS, Defendants consent to Roe's request to proceed pseudonymously at this
18 stage of the litigation;
19    **IT IS HEREBY STIPULATED AND AGREED** that, subject to the approval of the
20 Court and pursuant to Civil Local Rule 7-12:
21    1.     Upon entry of the [Proposed] Order attached hereto, Plaintiffs will file the
22 Amended Class Action Complaint attached at Exhibit 1, pursuant to Fed. R. Civ. P. 15(a)(2)
23 based on Defendants' consent.
24    2.     Roe will proceed pseudonymously, subject to reconsideration if she moves for
25 class certification, consistent with the reasoning set forth in the Court's July 18, 2019 Order.
26    3.     For the reasons set forth in Defendants' motion to dismiss and reply brief in
27 support thereof (Dkt. Nos. 36 and 42), Defendants contend Roe's claims should be dismissed.
28

4. For the reasons set forth in Plaintiff Smith's opposition to Defendants' motion to dismiss (Dkt. No. 41), Roe opposes dismissal of her claims.

5. Upon entry of the [Proposed] Order attached hereto, Roe's claims predicated on Section 2706 are dismissed, for the same reasons articulated in the Court's July 18, 2019 Order.

6. No party waives their right to appellate review of the Court's decision on Defendants' motion to dismiss.

7. The deadlines set forth in the Court's July 31, 2019 Scheduling Order (Dkt. No. 53) shall remain in effect.

8. Defendants reserve the right to move to dismiss claims only as to Roe and only on grounds other than those asserted in their prior motion to dismiss as to Plaintiff Smith (Dkt. Nos. 36 and 42).

9. Defendants will file a response to the Amended Class Action Complaint within 14 days of the filing of the Amended Class Action Complaint attached hereto.

Dated: August 16, 2019          CROWELL & MORING LLP

                                By:  */s/ Michael W. Lieberman*
                                     Michael W. Lieberman
                                     *Attorneys for Defendants*


Dated: August 16, 2019          ZUCKERMAN SPAEDER LLP

                                By:  */s/ Nell Z. Peyser*
                                     Nell Z. Peyser
                                     *Attorneys for Plaintiff and the Putative Class*

**FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated: August 16, 2019    */s/ Nell Z. Peyser*
Nell Z. Peyser

4

# ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

1. Counsel for Plaintiff Smith and the putative class shall file the Amended Class Action Complaint attached as Exhibit 1 to this Stipulation as soon as practicable after entry of this Order.

2. Upon filing of the Amended Class Action Complaint, and over Roe's opposition, Roe's claims predicated on alleged violations of Section 2706 are dismissed by the Court for the same reasons set forth in the Court's July 18, 2019 Order.

3. The Court grants Roe's request to proceed pseudonymously, subject to reconsideration if Roe moves for class certification, consistent with the Court's July 18, 2019 Order.

4. The deadlines set forth in the Court's July 31, 2019 Scheduling Order (Dkt. No. 53) remain in effect.

5. Defendants will file a response to the Amended Class Action Complaint within 14 days of the filing of the Amended Class Action Complaint.

Dated: August 19, 2019

HAYWOOD S. GILLIAM, JR.
United States District Judge