UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE SMITH,<br><br>                Plaintiff,<br><br>        v.<br><br>UNITED HEALTHCARE INSURANCE COMPANY, et al.,<br><br>                Defendants. | Case No. 18-cv-06336-HSG<br><br>**AMENDED SCHEDULING ORDER**<br><br>Dkt. No. 71 |

On January 28, 2020, the parties filed a stipulation to extend the existing case schedule. *See* Dkt. No. 71. The Court held a telephonic conference to discuss the proposal on February 12, 2020. *See* Dkt. No. 76. The Court finds that good cause exists for the parties' limited extension and **GRANTS** the stipulation. The Court accordingly **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Close of First Fact Discovery Period | May 1, 2020 |
| Exchange Opening Class Certification Expert Reports | May 28, 2020 |
| Exchange Rebuttal Expert Reports | June 26, 2020 |
| Close of Expert Discovery Period | July 17, 2020 |
| Motion for Class Certification | September 10, 2020 |
| Opposition to Motion for Class Certification | October 8, 2020 |
| Reply in Support of Motion for Class Certification | October 29, 2020 |
| Hearing on Motion for Class Certification | November 19, 2020, 2:00 p.m. |

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's standing orders.

**IT IS SO ORDERED.**

Dated: 2/14/2020

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge