| | |
|---|---|
| 1 | JENNIFER S. ROMANO (SBN 195953) |
|   | NARAIN KUMAR (SBN 195953) |
| 2 | CROWELL & MORING LLP |
|   | 515 South Flower Street, 40th Floor |
| 3 | Los Angeles, CA  90071 |
|   | Telephone: (213) 622-4750 |
| 4 | Facsimile: (213) 622-2690 |
|   | jromano@crowell.com |
| 5 | mgomes@crowell.com |
| 6 | MICHAEL W. LIEBERMAN (admitted *pro hac vice*) |
|   | CROWELL & MORING LLP |
| 7 | 1001 Pennsylvania Avenue, N.W. |
|   | Washington, D.C. 20004-2595 |
| 8 | Telephone: (202) 624-2500 |
|   | Facsimile: (202) 628-5116 |
| 9 | mlieberman@crowell.com |
| 10 | JARED L. FACHER (admitted *pro hac vice*) |
|    | CROWELL & MORING LLP |
| 11 | 590 Madison Avenue, 20th Floor |
|    | New York, NY  10022 |
| 12 | Telephone: (212) 223-4000 |
|    | Facsimile: (212) 223-4134 |
| 13 | jfacher@crowell.com |
| 14 | *Attorneys for Defendants* |
| 15 | *Additional Counsel located on the next page* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| JANE SMITH and JANE ROE, on behalf of themselves and all others similarly situated, | Case No. 4:18-cv-06336-HSG |
| | **STIPULATED REQUEST TO STAY ACTION**; ORDER |
| Plaintiffs, | |
| | **CLASS ACTION** |
| v. | |
| | Judge:   Hon. Haywood S. Gilliam, Jr. |
| UNITED HEALTHCARE INSURANCE CO. and UNITED BEHAVIORAL HEALTH, | |
| Defendants. | |

| | |
|---|---|
| 1 | PSYCH-APPEAL, INC. |
|   | Meiram Bendat (Cal. Bar No. 198884) |
| 2 | 8560 West Sunset Boulevard, Suite 500 |
|   | West Hollywood, CA 90069 |
| 3 | Tel: (310) 598-3690, x.101 |
|   | Fax: (310) 564-0040 |
| 4 | meiram@psych-appeal.org |
| 5 | ZUCKERMAN SPAEDER LLP |
|   | D. Brian Hufford (admitted *pro hac vice*) |
| 6 | Jason S. Cowart (admitted *pro hac vice*) |
|   | Anant Kumar (admitted *pro hac vice*) |
| 7 | Nell Z. Peyser (admitted *pro hac vice*) |
|   | 485 Madison Ave., 10th Floor |
| 8 | New York, NY 10022 |
|   | Tel: (212) 704-9600 |
| 9 | Fax: (917) 261-5864 |
|   | dbhufford@zuckerman.com |
| 10 | jcowart@zuckerman.com |
|    | akumar@zuckerman.com |
| 11 | npeyser@zuckerman.com |
| 12 | Rachel F. Cotton (admitted *pro hac vice*) |
|    | 1800 M Street, N.W., Suite 1000 |
| 13 | Washington, D.C. 20036 |
|    | Tel: (202) 778-1800 |
| 14 | Fax: (202) 822-8106 |
|    | rcotton@zuckerman.com |
| 15 | |
|    | *Attorneys for Plaintiff and the Putative Class* |
| 16 | |

STIPULATED REQUEST TO STAY PROCEEDINGS
CASE NO. 4:18-cv-06336-HSG

7200111.1

Pursuant to Civil Local Rule 6-2, the parties in the above-captioned action, by and through their respective counsel of record, hereby jointly stipulate and request as follows:

WHEREAS, the parties previously explored the possible resolution of this matter and the related case of *Jane Doe v. UnitedHealth Group, Inc. et al.*, Case No. 17-cv-4160 (E.D.N.Y.) (the "*Doe* case") but determined that they were not yet in a position to bridge their differences;

WHEREAS, since that time, the parties have been engaged in discovery for a number of months, including the exchange of document productions and written discovery;

WHEREAS, the parties agree that they are now in a better position to work toward bridging their settlement-related differences, and that doing so will require substantial time and effort;

WHEREAS, a 90-day stay of proceedings in this case to facilitate that effort would serve the interests of the parties and judicial efficiency;

WHEREAS, in addition to the foregoing, a stay is warranted because depositions in this case are upcoming in March and April, requiring travel to different jurisdictions across the country, and such travel may not be prudent given the novel coronavirus pandemic and may independently necessitate modification of the schedule;

WHEREAS, the Parties are also seeking a 90-day stay in the *Doe* case;

WHEREAS, there is good cause to stay proceedings in this matter;

**IT IS HEREBY STIPULATED AND AGREED** as follows:

1. All existing deadlines in the case, including those reflected in the Amended Scheduling Order issued on February 14, 2020 (Dkt. No. 77), are hereby vacated;

2. The hearing on Plaintiffs' anticipated motion for class certification scheduled for November 19, 2020 is hereby vacated.

3. The parties shall submit a joint status report on or before June 16, 2020 updating the court as to the status of settlement discussions or, alternatively,

proposing new deadlines for proceedings in this matter if discussions between the parties appear unlikely to resolve the matter. However, the parties are working together productively and cooperatively, and are hopeful that they can reach a mutually agreeable resolution.

Dated: March 13, 2020

CROWELL & MORING LLP

By: /s/ Michael W. Lieberman
Michael W. Lieberman
*Attorneys for the Defendants*

Dated: March 13, 2020

ZUCKERMAN SPAEDER LLP

By: /s/ Rachel F. Cotton
Rachel F. Cotton
*Attorneys for Plaintiff and the Putative Class*

**IT IS SO ORDERED.**

DATED: 3/16/2020

By: /s/ Haywood S. Gilliam Jr.
HAYWOOD S. GILLIAM, JR.
United States District Judge