1  JENNIFER S. ROMANO (SBN 195953)
   NARAIN KUMAR (SBN 195953)
2  CROWELL & MORING LLP
   515 South Flower Street, 40th Floor
3  Los Angeles, CA  90071
   Telephone: (213) 622-4750
4  Facsimile: (213) 622-2690
   jromano@crowell.com
5  mgomes@crowell.com

6  MICHAEL W. LIEBERMAN (admitted *pro hac vice*)
   CROWELL & MORING LLP
7  1001 Pennsylvania Avenue, N.W.
   Washington, D.C. 20004-2595
8  Telephone: (202) 624-2500
   Facsimile: (202) 628-5116
9  mlieberman@crowell.com

10 JARED L. FACHER (admitted *pro hac vice*)
   CROWELL & MORING LLP
11 590 Madison Avenue, 20th Floor
   New York, NY  10022
12 Telephone: (212) 223-4000
   Facsimile: (212) 223-4134
13 jfacher@crowell.com

14 *Attorneys for Defendants*

15 *Additional Counsel located on the next page*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| JANE SMITH and JANE ROE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED HEALTHCARE INSURANCE CO. and UNITED BEHAVIORAL HEALTH,<br><br>Defendants. | Case No. 4:18-cv-06336-HSG<br><br>**SECOND STIPULATED REQUEST TO STAY ACTION** AND ORDER<br><br>**CLASS ACTION**<br><br>Judge:   Hon. Haywood S. Gilliam, Jr. |

1  PSYCH-APPEAL, INC.
   Meiram Bendat (Cal. Bar No. 198884)
2  8560 West Sunset Boulevard, Suite 500
   West Hollywood, CA 90069
3  Tel: (310) 598-3690, x.101
   Fax: (310) 564-0040
4  meiram@psych-appeal.org

5  ZUCKERMAN SPAEDER LLP
   D. Brian Hufford (admitted *pro hac vice*)
6  Jason S. Cowart (admitted *pro hac vice*)
   Anant Kumar (admitted *pro hac vice*)
7  Nell Z. Peyser (admitted *pro hac vice*)
   485 Madison Ave., 10th Floor
8  New York, NY 10022
   Tel: (212) 704-9600
9  Fax: (917) 261-5864
   dbhufford@zuckerman.com
10 jcowart@zuckerman.com
   akumar@zuckerman.com
11 npeyser@zuckerman.com

12 *Attorneys for Plaintiffs and the Putative Class*

Pursuant to Civil Local Rule 6-2, the parties in the above-captioned action, by and through their respective counsel of record, hereby jointly stipulate and request as follows:

WHEREAS, on March 13, 2020, by joint stipulation (the "March 13 Joint Stipulation"), the parties requested a 90-day stay of proceedings to allow the parties to focus their attention on the resolution of this matter (Dkt. No. 91);

WHEREAS, on March 16, 2020, the Court "So Ordered" the March 13 Joint Stipulation (Dkt. No. 93);

WHEREAS, the parties similarly requested a 90-day stay of proceedings in the related case of *Jane Doe v. UnitedHealth Group, Inc. et al.*, Case No. 17-cv-4160 (E.D.N.Y.) (the "*Doe* case"), which was also granted;

WHEREAS, since March 16, 2020, the parties have made progress in their settlement discussions in both this case and the *Doe* case, but have not yet reached a settlement;

WHEREAS, the parties request an additional 90-day stay of the proceedings to allow settlement discussions to continue without the unnecessary expenditure of party and judicial resources on this litigation;

WHEREAS, the parties are contemporaneously seeking an additional 90-day stay in the *Doe* case as well; and

WHEREAS, there is good cause to continue to stay proceedings in this matter.

**IT IS HEREBY STIPULATED AND AGREED** as follows:

1. All existing deadlines in the case, including those reflected in the Amended Scheduling Order issued on February 14, 2020 (Dkt. No. 77), continue to be vacated; and

2. The parties shall submit a joint status report on or before September 14, 2020 updating the court as to the status of settlement discussions or, alternatively, proposing new deadlines for proceedings in this matter if discussions between the parties appear unlikely to resolve the matter.

| | | |
|---|---|---|
| 1 | Dated: June 12, 2020 | CROWELL & MORING LLP |
| 2 | | By: /s/ Michael W. Lieberman |
| 3 | | Michael W. Lieberman<br>*Attorneys for the Defendants* |

Dated: June 12, 2020            ZUCKERMAN SPAEDER LLP

By: /s/ Nell Z. Peyser
  Nell Z. Peyser
  *Attorneys for Plaintiffs and the Putative Class*

# FILER'S ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated: June 12, 2020            /s/ Michael W. Lieberman
                Michael W. Lieberman

**IT IS SO ORDERED.**

DATED: 6/15/2020            By: *[signature]*
                HAYWOOD S. GILLIAM, JR.
                United States District Judge

SECOND STIPULATED REQUEST TO STAY PROCEEDINGS
CASE NO. 4:18-cv-06336-HSG