| | |
|---|---|
| 1 | PSYCH-APPEAL, INC. |
| | Meiram Bendat (Cal. Bar No. 198884) |
| 2 | 8560 West Sunset Boulevard, Suite 500 |
| | West Hollywood, CA 90069 |
| 3 | Tel: (310) 598-3690, x.101 |
| | Fax: (888) 975-1957 |
| 4 | mbendat@psych-appeal.com |
| 5 | ZUCKERMAN SPAEDER LLP |
| | D. Brian Hufford (admitted *pro hac vice*) |
| 6 | Jason S. Cowart (admitted *pro hac vice*) |
| | Shawn Naunton (admitted *pro hac vice*) |
| 7 | Anant Kumar (admitted *pro hac vice*) |
| | Nell Z. Peyser (admitted *pro hac vice*) |
| 8 | 485 Madison Ave., 10th Floor |
| | New York, NY 10022 |
| 9 | Tel: (212) 704-9600 |
| | Fax: (202) 822-8106 |
| 10 | dbhufford@zuckerman.com |
| | jcowart@zuckerman.com |
| 11 | snaunton@zuckerman.com |
| | akumar@zuckerman.com |
| 12 | npeyser@zuckerman.com |
| 13 | *Attorneys for Plaintiffs and the Putative Class* |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| JANE SMITH and JANE ROE, on behalf of themselves and all others similarly situated, | Case No. 4:18-cv-06336-HSG |
| Plaintiffs, | |
| v. | **PLAINTIFFS' NOTICE OF WITHDRAWAL OF COUNSEL ANANT KUMAR AND [~~PROPOSED~~] ORDER PERMITTING WITHDRAWAL** |
| UNITED HEALTHCARE INSURANCE CO. and UNITED BEHAVIORAL HEALTH, | |
| Defendants. | |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that pursuant to Civ. L.R. 11-5(a), Anant Kumar hereby withdraws as counsel of record for Plaintiffs, Jane Smith and Jane Roe, on behalf of themselves and all others similarly situated ("Plaintiffs"), and requests to be removed from the service list in the above-captioned action. Plaintiffs will continue to be represented by D. Brian Hufford, Jason S. Cowart, Shawn Naunton, and Nell Z. Peyser of Zuckerman Spaeder LLP, and Meiram Bendat of Psych-Appeal, Inc. The withdrawal of Anant Kumar as counsel will not delay this action or prejudice any party.

Dated: July 15, 2020

ZUCKERMAN SPAEDER LLP

/s/ Anant Kumar
D. Brian Hufford (admitted *pro hac vice*)
Jason S. Cowart (admitted *pro hac vice*)
Shawn Naunton (admitted *pro hac vice*)
Anant Kumar (admitted *pro hac vice*)
Nell Z. Peyser (admitted *pro hac vice*)

PSYCH-APPEAL, INC.
Meiram Bendat (Cal. Bar No. 198884)

*Attorneys for Plaintiffs and the Putative Class*

**IT IS SO ORDERED.**

Dated: 7/16/2020

HAYWOOD S. GILLIAM, JR.
United States District Judge

PLS.' NOTICE OF WITHDRAWAL OF COUNSEL &
[PROPOSED] ORDER
CASE NO. 4:18-cv-06336-HSG