# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| JANE SMITH and JANE ROE, on behalf of themselves and all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED HEALTHCARE INSURANCE CO. and UNITED BEHAVIORAL HEALTH,<br><br>　　　　　　Defendants. | Case No. 4:18-cv-06336-HSG<br><br>**ORDER GRANTING JOINT MOTION TO TRANSFER FOR PURPOSES OF SETTLEMENT (as modified)**<br><br>Judge:　Hon. Haywood S. Gilliam , Jr. |

**ORDER**

Before the Court is the parties' Joint Motion to Transfer for Purposes of Settlement ("Joint Motion"). Having reviewed the parties' submission,

IT IS HEREBY ORDERED that the Joint Motion is GRANTED. Accordingly, the Clerk of the Court shall transfer this case to the United States District Court for the Eastern District of New York and close the case.

Dated: 5/17/2021

Hon. Haywood S. Gilliam, Jr.
United States District Judge